No. 99–6905.  FRIEND v. RENO, ATTORNEY GENERAL, ET AL. C. A. 9th Cir.; and
No. 99–7180.  STEVENS v. MICHIGAN.  Sup. Ct. Mich.  Motions of petitioners for leave to proceed *in forma pauperis* denied.

Petitioners are allowed until January 31, 2000, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.